# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**URSULA COLLIER**                                                                                    **PLAINTIFF**

v.                                                             **Cause No. 1:20-CV-61-LG-RPM**

**SMITH, ROUCHON & ASSOCIATES,**
**INC.**                                                                                                    **DEFENDANT**

*consolidated with*

**KERLISA PARKER**                                                                              **PLAINTIFF**

v.                                                             **Cause No. 3:20-CV-405-LG-RPM**

**SMITH, ROUCHON & ASSOCIATES,**
**INC.**                                                                                                    **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith, this Court finds that these lawsuits should be dismissed pursuant to Fed. R. Civ. P. 56.

**IT IS THEREFORE ORDERED AND ADJUDGED** that these lawsuits are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 14th day of March, 2021.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE